UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Elsa Perschall, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | NO. 04-11206 GAO |
| Indevus Pharmaceuticals, Inc., et al. ) | |
| ) | |
| Defendants. ) | |

NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

Certified Copies of Middlesex Superior Court docket and pleadings.

The original documents are maintained in the case file in the Clerk's Office.

Dated: June 12, 2004           /s/ Janice W. Howe
                               William A. McCormack  BBO #329580
                               Janice W. Howe BBO #242190
                               David Yamin BBO #562216
                               Bingham McCutchen LLP
                               150 Federal Street
                               Boston, MA  02110
                               (617) 951-8000
                               *Counsel for Defendants Wyeth and*
                               *Wyeth Pharmaceuticals, Inc.*

LITDOCS/555972.1