UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELSA PERSCHALL; JACQULIN PETTY; DONNA PICKETT; BERYL PITRE; LLOYD PLAISANCE; SUSAN POOL; MOSSIE POOLE; CHRISTINE PORTER; PAUL POWELL; BOBBYE PREWITT; LOIS PRICE; BELINDA PRICE; DEBRA PRUITT; JAMES RACKI; SANDRA RADEMACHER; ALBERT RAHAIM; TREVA REED; SUZANNE REEVES; EMMA REID; THOMAS REYNOLDS,<br><br>   Plaintiffs,<br>v.<br><br>INDEVUS PHARMACEUTICALS, INC., F/K/A INTERNEURON PHARMACEUTICALS, INC.; WYETH, INC., F/K/A AMERICAN HOME PRODUCTS CORPORATION; WYETH PHARMACEUTICALS, INC F/K/A WYETH-AYERST PHARMACEUTICALS, INC., A DIVISION OF AMERICAN HOME PRODUCTS CORPORATION; AND BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.,<br><br>   Defendants. | Civil Action<br>No. 04-11206-GAO |

## NOTICE OF APPEARANCE

Please enter our appearance as counsel of record for Defendant Indevus Pharmaceuticals, Inc. in the above-captioned action.

Dated:  September 2, 2004            Respectfully submitted,
      Boston, Massachusetts

                                        /s/Matthew J. Matule
                                        Matthew J. Matule (BBO #632075)
                                        SKADDEN, ARPS, SLATE,
Of Counsel:                                   MEAGHER & FLOM LLP
Barbara Wrubel                          One Beacon Street
Katherine Armstrong                  Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,              (617) 573-4800
   MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                            Counsel for Defendant
                                          Indevus Pharmaceuticals, Inc.